**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 302 WAL 2014
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
CHRISTOPHER THOMAS, :
:
          Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.